## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MATTHEW SCIABACUCCHI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  1:18-cv-00530-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| MULESOFT, INC., GREG SCHOTT, ANN WINBLAD, GARY LITTLE, RAVI MHATRE, MARK BURTON, STEVE COLLINS, MICHAEL CAPELLAS, MARCUS RYU, YVONNE WASSENAAR, SALESFORCE.COM, INC., and MALBEC ACQUISITION CORP., | ) ) ) ) ) ) ) ) ) ) | CLASS ACTION |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives

notice that he is dismissing all claims in the above-captioned matter with prejudice as to himself

and without prejudice as to all others similarly situated.

Dated:  June 26, 2018

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*